RACHELE R. BYRD (190634)
byrd@whafh.com
BRITTANY N. DEJONG (258766)
dejong@whafh.com
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

MARK C. RIFKIN (*pro hac vice*)
rifkin@whafh.com
MATTHEW M. GUINEY (*pro hac vice*)
guiney@whafh.com
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile: 212/545-4677

*Plaintiffs' Interim Class Counsel*

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Apple iPhone Antitrust Litigation | Case No. 4:11-cv-06714-YGR |
| | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT  CONFERENCE** |
| | JUDGE: Hon. Yvonne Gonzalez Rogers<br>CTRM: 1 – 4th Floor |
| [Caption continues on the next page] | |

| | |
|---|---|
| EDWARD LAWRENCE,<br><br>        Plaintiff,<br><br>  vs.<br><br>APPLE INC.<br><br>        Defendant. | CASE NO. 4:19-cv-02852-YGR |
| DONALD R. CAMERON, ET AL.,<br><br>        Plaintiffs,<br><br>  vs.<br><br>APPLE INC.,<br><br>        Defendant. | CASE NO. 4:19-cv-03074-YGR |
| BARRY SERMONS,<br><br>        Plaintiff,<br><br>  vs.<br><br>APPLE INC.,<br><br>        Defendant. | CASE NO. 4:19-cv-03796-YGR |

1  Pursuant to Civil Local Rule 6-2(a):  Plaintiffs Robert Pepper, Stephen H. Schwartz,
2  Edward W. Hayter and Eric Terrell, plaintiffs in *Pepper v. Apple Inc.*, Case No. 4:11-cv-06714-
3  YGR (the "*Pepper* Action"); Edward Lawrence, plaintiff in *Lawrence v. Apple Inc.*, Case No.
4  19-cv-02852-YGR (the "*Lawrence* Action"); Donald R. Cameron and Pure Sweat Basketball,
5  Inc., plaintiffs in *Cameron v. Apple Inc.*, Case No. 19-cv-03074-WHA (the "*Cameron* Action");
6  Barry Sermons, plaintiff in *Sermons v. Apple Inc.*, Case No. 19-cv-03796-WHA (the "*Sermons*
7  Action"); and Defendant Apple Inc. ("Defendant"), by and through their respective counsel,
8  respectfully submit the following stipulation and proposed order:

9  WHEREAS, on June 12, 2019, this Court issued an order relating the *Lawrence* Action to
10 the *Pepper* Action (ECF No. 145);

11 WHEREAS, on August 22, 2019, this Court issued an order relating the *Cameron* Action
12 and the *Sermons* Action to the *Pepper* Action and set a case management conference ("CMC") in
13 the *Pepper* Action, *Cameron* Action, and *Sermons* Action for September 13, 2019  at 9:00 a.m.
14 (ECF No. 168);

15 WHEREAS, on August 23, 2019, this Court also set a CMC in the *Lawrence* Action for
16 September 13, 2019 at 9:00 a.m. (*Lawrence*, ECF No. 22);

17 WHERERAS, the parties in each action were ordered to file a CMC statement by
18 September 6, 2019, seven days prior to the CMC (ECF No. 168) (*Lawrence* ECF No. 22);

19 WHEREAS, lead counsel in the *Pepper* Action is unable to attend the CMC because he
20 will be in trial September 6 through 13, 2019;

21 WHEREAS, the parties respectfully request that the Court continue the CMC in all
22 above-captioned related actions (the "Related Actions") from September 13, 2019 at 9:00 a.m. to
23 October 7, 2019 at 2:00 p.m.;

24 WHEREAS, the continuance of the CMC will only affect the deadline to submit the
25 CMC statements and ADR Certifications;

26 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between
27 the parties in the Related Actions, by and through their respective counsel, that:

28

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
Case Nos. 4:11-cv-06714-YGR, 4:19-cv-02852-YGR,
4:19-cv-03074-YGR, 4:19-cv-03796-YGR

(1) The CMC is continued from September 13, 2019 to October 7, 2019 at 2:00 p.m.;

(2) The parties in each Related Action shall file a joint CMC statement no later than September 30, 2019; and

(3) The parties in each Related Action shall file their ADR Certifications by September 16, 2019.

DATED:  August 30, 2019                By:    */s/ Mark C. Rifkin*

**WOLF HALDENSTEIN ADLER**
    **FREEMAN & HERZ LLP**
RACHELE R. BYRD
BRITTANY N. DEJONG
750 B Street, Suite 1820
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:   619/234-4599

**WOLF HALDENSTEIN ADLER**
    **FREEMAN & HERZ LLP**
MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
270 Madison Avenue
New York, New York 10016
Telephone:  212/545-4600
Facsimile:   212/545-4677

*Attorneys for Plaintiffs Robert Pepper,*
*Stephen H. Schwartz, Edward W.*
*Hayter and Eric Terrell*

DATED:  August 30, 2019                By:    */s/ Joseph M. Alioto*

JOSEPH M. ALIOTO, SBN 42680
Theresa D. Moore, SBN 99978
Jamie L. Miller, SBN 271452
**ALIOTO LAW FIRM**
One Sansome Street, 35th Floor
San Francisco CA 94104
Telephone: (415) 434-8900


Jeffery K. Perkins (CSBN 57996)
**LAW OFFICE OF JEFFERY K. PERKINS**
1550-G Tiburon Boulevard, #344
Tiburon, California 94920

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
Case Nos. 4:11-cv-06714-YGR, 4:19-cv-02852-YGR,
4:19-cv-03074-YGR, 4:19-cv-03796-YGR
- 2 -

Telephone: (415) 302-1115
Email: jefferykperkins@aol.com

Lawrence G. Papale SBN 67068
**LAW OFFICES OF LAWRENCE G. PAPALE**
1308 Main Street #117
St. Helena, California 94574
Telephone: (707) 963-1704
E-mail: lgpapale@papalelaw.com

*Attorneys for Plaintiff Edward Lawrence*

DATED: August 30, 2019          By:     */s/ Jonathan M. Jagher*

Kimberly A. Justice (*pro hac vice*)
Jonathan M. Jagher (*pro hac vice*)
**FREED KANNER LONDON & MILLEN LLC**
923 Fayette Street
Conshohocken, PA 19428
Telephone: (610) 234-6487
Facsimile: (224) 632-4521
kjustice@fklmlaw.com
jjagher@fklmlaw.com

Douglas A. Millen (*pro hac vice*)
Brian M. Hogan (*pro hac vice*)
**FREED KANNER LONDON & MILLEN, LLC**
2201 Waukegan Road, #130
Bannockburn, IL 60015
Tel: (224) 632-4500
dmillen@fklmlaw.com
bhogan@fklmlaw.com

Guido Saveri (22349)
R. Alexander Saveri (173102)
**SAVERI & SAVERI, INC.**
706 Sansome Street, #200
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813
guido@saveri.com
rick@saveri.com

Katrina Carroll (*pro hac vice forthcoming*)

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
Case Nos. 4:11-cv-06714-YGR, 4:19-cv-02852-YGR,
4:19-cv-03074-YGR, 4:19-cv-03796-YGR
- 3 -

|   |   |   |   |
|---|---|---|---|
| 1 | | | **CARLSON LYNCH LLP** |
| 2 | | | 111 W. Washington Street |
|   | | | Suite 1240 |
| 3 | | | Chicago, IL 60602 |
| 4 | | | Tel: (312) 750-1265 |
|   | | | kcarroll@carlsonlynch.com |

Gary F. Lynch (*pro hac vice forthcoming*)
**CARLSON LYNCH LLP**
1133 Penn Ave., 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
alynch@carlsonlynch.com

*Attorneys for Plaintiff Barry Sermons*

DATED: August 30, 2019         By:      */s/ Robert F. Lopez*

Shana E. Scarlett (SBN 217895)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Steve W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Ave., Ste. 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com

*Attorneys for Plaintiffs Donald R. Cameron and Pure Sweat Basketball, Inc.*

DATED: August 30, 2019         By:      */s/ Cynthia E. Richman*
                                        **GIBSON, DUNN & CRUTCHER LLP**

THEODORE J. BOUTROUS JR. (SBN 132099)

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
Case Nos. 4:11-cv-06714-YGR, 4:19-cv-02852-YGR,
4:19-cv-03074-YGR, 4:19-cv-03796-YGR
- 4 -

tboutrous@gibsondunn.com
RICHARD J. DOREN (SBN 124666)
rdoren@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
dswanson@gibsondunn.com
MELISSA PHAN (SBN 266880)
mphan@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; appearance *pro hac vice*)
crichman@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone:  202.955.8234
Facsimile:  202.530.9691

*Attorneys for Defendant Apple Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:_____

_____
THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

### **DECLARATION REGARDING CONCURRENCE**

I, Mark C. Rifkin, am the ECF user whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all of the signatories listed above have concurred in this filing.

DATED:  August 30, 2019 **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

*/s/ Mark C. Rifkin*
MARK C. RIFKIN

APPLE 2:25887v3

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
Case Nos. 4:11-cv-06714-YGR, 4:19-cv-02852-YGR,
4:19-cv-03074-YGR, 4:19-cv-03796-YGR
- 6 -